```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHUNKEUNG CHENG,

                 Petitioner,

v.

ALEJANDRO MAYORKAS, SECRETARY
OF THE DEPARTMENT OF HOMELAND
SECURITY, et al.,

                 Respondents.

21-CV-9258 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

    Petitioner, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue summonses as to: (1) Alejandro Mayorkas, Secretary of the Department of Homeland Security; (2) Timothy Houghton, Director of United States Citizenship and Immigration Services' ("USCIS") New York Office; and (3) Scott Velez, Deputy Director of USCIS's New York Office. Petitioner is directed to serve a summons and the Complaint on each of these Respondents within 90 days of the issuance of the summonses. If within those 90 days, Petitioner has not either served Respondents or requested an extension of time to do so, the Court may dismiss the claims against Respondents under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Petitioner, together with an information package.

SO ORDERED.

Dated:
    New York, New York
    November 15, 2021

                                            RONNIE ABRAMS
                                            United States District Judge